JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMMANY BOUTTIRATH,<br><br>        Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:21-cv-01573-BAK (EPG)<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 18) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from July 13, 2022 to September 12, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time.  As Counsel has reported previously in many other cases in this district, Counsel for the Plaintiff underwent major orthopedic surgery on March 17, 2022. Although it has been over three months, Counsel

1

1  continues to work short periods throughout the day with significant breaks throughout.  Counsel
2  continues to attend physical therapy four days a week.
3      Additionally, for the weeks of July 11, 2022 and July 18, 2022, Counsel for Plaintiff has
4  24  merit briefs, and several letter briefs and reply briefs.
5      Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant
6  and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: June 24, 2022  PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: June 24, 2022      PHILLIP A. TALBERT
    United States Attorney
    PETER K. THOMPSON
    Acting Regional Chief Counsel, Region IX
    Social Security Administration


By:  \*/s/ Bacillio Mendez
    Bacillio Mendez
    Special Assistant United States Attorney
    Attorneys for Defendant
    (\*As authorized by email on June 24, 2022)

2

**ORDER**

Based on the above stipulation (ECF No. 18), IT IS ORDERED that Plaintiff shall file Plaintiff's motion for summary judgment no later than September 12, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **June 27, 2022**                                    /s/ *Erica P. Grosjean*
                                                                                         UNITED STATES MAGISTRATE JUDGE